RECEIVED
2011 AUG 29 P 2:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Rupert Ward Jr. #251750
Full name and prison number
of plaintiff(s)

v.

Will Maddox, Troy Silva
Don Linsby, Joe Creel
Rose (Cook) Co. Bass
Bernard Williams, Co. Cash

CIVIL ACTION NO. 1:11-CV-702-WA-WC
(To be supplied by Clerk of
U.S. District Court)

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) Rupert Ward, Jr.

      Defendant(s) Will Maddox, Troy Silva, Don Linsby, Joe Creel, Rose (Cook) Co. Bass, Bernard Williams Co. Cash

   2. Court (if federal court, name the district; if state court, name the county.) Southern

   P.O. Box 711 Montgomery, Alabama 36101

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT J.O. Davis Correctional Facility
J.O. Davis 4000 Atmore, Alabama 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Will Maddox | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| 2. Don Linsby | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| 3. Joe Cilkey | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| 4. Bernard Williams | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| 5. Co. Bass | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| 6. Co Cash | 101 Court Square Suite G, Abbeville, Alabama 36310 |
| Rose (Dietitian) | 101 Court Square Suite G, Abbeville, Alabama 36310 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
See attached

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: See Attached - Action I.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____

_____

_____

_____

_____

GROUND TWO: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_See Attached_

_Rupert Ward, Gr._
Signature of plaintiff(s)

I declare, under penalty of perjury that the foregoing is true and correct.

EXECUTED on _JUNE 10, 2010_
(Date)

_Rupert Ward, Gr._
Signature of plaintiff(s)

4

## Action I.

On or about 5/19/2010 thru 5/31/2010 I was housed at the Henry County Jail. While being housed I was subject to all kind of health and physical risk that could have been hazardous to my well being. First of all I was threating by Defendant Don Linsby to the point that I lost sleep and was scared to eat because of fear of being poison by Don Linsby, I was treated inhumane while being housed at the Henry County Jail, I was denied one hour a day on the exercise yard only until I filed a grievance I was taken out side for about 20 minutes, because the Jailer wanted to return in and watch TV. Inmates are not screen for gang affirmation they put Bloods, Crips and Disciple in the same cell block which automatic put my life at high risk because of the constant fighting and arguing among these gang members, no one is screen for T.B. and Hepititis there are inmates coughing and spitting on the floor and when I complained I was told to shut up and die by Defendant Don Linsby, officers at the Jail pass out prescription medication and there is no 24 hour nurse on duty, I was force to give up my social security number as a P.in number to contact my family member on their wall phone in violation of my first and fourth Amendment right to privacy. The food that was served did not meet the federal dietitian manual which provide a nutritrous diet for inmates who are incarcerated, nor was I given no type of fruit the whole 12 days I was there, also I was there from January 23, 2009 to February 4, 2009 Everyone named as a defendant played a part directly or indirectly to

Action I. Continued

make my stay at The Henry County Jail "Hell" Respectfully, And only when Don Linsby Told He knew Just How to Get me because I Got to do It or Die, That when I stop Eating, I wish no one ever Have to suffer what I was subjected to by All of The Above-named Defendant's And/or Their Agents Acting under The Color of Law. This Ill Treatment of me And The severe mental Anguish I was subjected too Amounted To A violation of my Eight Amendment Right To be Protected Against Cruel and unusual Punishment, for The Acts And Ommission by The Above-named Defendant's I sue Each one in his or Her official Capicity Acting under The Color of Law. A formal Complaint Has being filed with The Henry County Commission As Part of my Administration Procedure. I seek 72,000 Dollars In Compensatory Damages from Each of The Above-named Defendant's. I also seek 72,000 Dollars In Punitive Damages from Each of The Defendant's for subjecting me To severe mental Anguish.

Respectfully Submitted

_____

# Relief Sought

1. Plaintiff seek 72,000 Dollars In Compensatory Damages for Each Named Defendant In his or her official and Individual Capacity. for The willfully violation of my first and fourth Amendment Right to Privacy.

2. Plaintiff seek 72,000 Dollars In Punitive Damages for Each Named Defendant In his or her official and Individual Capacity for subjecting me to severe mental Anguish and Cruel and unusual Punishment.

3. Plaintiff seek some sort of fruit Product to be served Each week on Their menu To Provide Vitiaman C To The Inmates who is Housed at The Henry County Jail.

4. Plaintiff seek An order To Direct The Henry County Jail officer to stop Passing out Prescription medication To Inmates Housed at The Henry County Jail, To Ensure That The wrong medicene is not Given out by A new medical staff member.

5. Plaintiff seek An order to Direct The Henry County Jail official To Provide one hour A day for Exercise, Weather Permitting.

6. Plaintiff seek An order To Direct The Henry County Jail To stop using Inmates Social security number As a Pin number To make a Phone Call to Love ones.

7. Plaintiff seek An order to Direct The Henry County Jail official to screen for Gang Affiliation And Each sent to be House with Their own Affiliation to make A safe Environment for Inmates Housed There.

Relief sought Continued...

8. Plaintiff seek an order To Direct The Henry County Jail official To Provide a 24 hour Nurse to be on duty until This Jail is Close for Business.

9. Plaintiff seek an order for a federal Health Inspection And The Testing of Employees and Inmates for T.B., Hepatitis And Aids Related Illness and These individual be Housed As Such and not to be Housed In The General Population.

10. Plaintiff seek an order To Direct The Henry County Jail official to Provide me with all Pill Call list and Documents As to who Pass Them out from January 23, 2009 until may 31, 2010.

11. Plaintiff seek an order To Direct The Henry County Jail official To Provide me with The Daily Log on yard Call and who was in Charged.

Respectfully submitted

_____

RUPERT WARD, JR. #251750-0-18A
J.C. DAVIS CORRECTIONAL FACILITY
J.O. DAVIS 40000
ATMORE, ALABAMA 36503



"This correspondence is forwarded
from an Alabama state prisoner. The contents
have not been evaluated and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101