IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUPERT WARD, JR., #251750, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:11cv702-WHA |
| ) | |
| WILL MADDOX, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #5), entered on October 20, 2011, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action and comply with the orders of the court.

DONE this 15th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE